## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**OTIS J. BENNETT**                                                     **PLAINTIFF**

**VS.**                                 **CIVIL ACTION NO. 4:06CV17LS**

**DAREALL THOMPSON and**
**ANTHONY BALL**                                         **DEFENDANTS**

### JUDGMENT

This matter having come on to be heard on this date upon the Report and

Recommendation of the United States Magistrate Judge entered in this cause on or about

September 26, 2006, and the Court, after a full review of the record, having adopted said Report

and Recommendation as the finding of this Court by Order dated this day, finds that this matter

should be dismissed with prejudice, and this dismissal should count as a strike for purposes of 28

U.S.C. § 1915(g).

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above described claims

should be, and the same are hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED this the 12th day of October, 2006.

                                    /s/ Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE